ARIELLA OMHOLT GUARDI (IL Bar No. 6297336)
Email: guardia@sec.gov
CHARLES J. KERSTETTER (PA Bar No. 67088)
Email: kerstetterc@sec.gov
JONATHAN A. EPSTEIN (IL Bar No. 6237031)
Email: epsteinjo@sec.gov
United States Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Attorneys for Plaintiff
United States Securities and Exchange Commission

LOCAL COUNSEL
Donald W. Searles (Cal. Bar No. 135705)
Email: searlesd@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN INTERNATIONAL SECURITIES, INC., NANCY COLE, PATRICK EGAN, ANDY GITIPITYAPON, STEVEN GRAHAM, and THOMAS SWAN, <br><br> Defendants, | Case No.  2:22-cv-04119-WLH-JCx <br><br> **PLAINTIFF SEC's NOTICE OF MOTION** <br><br> Date: August 30, 2024 <br> Time: 1:30pm <br> Ctrm: 9B <br> Judge: Judge Hsu |

**TO DEFENDANTS AND COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** that Plaintiff Securities and Exchange Commission

("SEC")'s **Unopposed Motion for Entry of Final Judgments by Consent** will be

heard on Friday, August 30, 2024 at 1:30pm or at another time designated by the

Court, in Courtroom 9B before the Honorable Wesley L. Hsu, United States District

Judge for the Central District of California, at 350 W. 1st Street, Los Angeles,

California  90012.


Dated:  July 29, 2024


                              */s/ Ariella Omholt Guardi*
                              Ariella Omholt Guardi
                              United States Securities and Exchange Commission
                              Chicago Regional Office
                              175 W. Jackson Boulevard, Suite 1450
                              Chicago, Illinois  60604
                              Telephone: 312-353-7410
                              Email: guardia@sec.gov

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on the 29th day of July, 2024, I electronically filed the above

3  with the Clerk of the Court using the CM/ECF system, which will send a notice of

4  electronic filing to all counsel of record.

5                                                    _/s/ Ariella O. Guardi_____

6                                                            Ariella O. Guardi

7                                                    Attorney for Plaintiff U.S. Securities and
                                                     Exchange Commission
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Notice of Motion                                    Case No. 2:22-cv-04119- WLH-JCx